**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMIRO TORRES, an individual, on behalf of himself and others similarly situated, | 1:15-cv-00217---GSA |
| Plaintiff, | **ORDER DIRECTING THE CLERK OF COURT TO ADMINISTRATIVELY CLOSE CASE** |
| v. | |
| GRUMA CORPORATION; and DOES 1 to 50, inclusive, | (ECF No. 7) |
| Defendant. | |

On February 17, 2015, Plaintiff filed a Notice of Voluntary Dismissal against Defendant (ECF No. 7) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action with a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Rule 41(a)(1)(B) further provides that a dismissal pursuant to Rule 41(a)(1)(A) is without prejudice "[u]nless the notice or stipulation states otherwise."

Once a party files a notice of voluntary dismissal, no order of the court is necessary to effectuate dismissal. Entry of such a dismissal is effective automatically and does not require

1

judicial approval. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) ("The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice").

Because Plaintiff has filed a Notice of Dismissal against the Defendant under Rule 41(a)(1)(A)(i) without prejudice, this case has terminated. Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Clerk of the Court is ORDERED to administratively close this case.

IT IS SO ORDERED.

Dated:   **February 18, 2015**                    **/s/ Gary S. Austin**
                                                                            UNITED STATES MAGISTRATE JUDGE